UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. DEMARTHRA, JR., | No. 2:16-cv-00790-TLN-AC |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On April 17, 2017, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) Neither party has filed objections to the findings and recommendations.

     The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

     1. The findings and recommendations filed April 17, 2017, are adopted in full;

1

2. Respondent's motion to dismiss (ECF No. 14) is granted in part;

3. The following claim and any included sub-claims are dismissed as exhausted: Ground 3;

4. Respondent is directed to file a response to Petitioner's habeas petition addressing the remaining, properly exhausted claims (Grounds 1 and 2) within sixty days. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 cases; and

5. Petitioner is directed to a reply, if any, within thirty days after service of the answer.

Dated: May 25, 2017

Troy L. Nunley
United States District Judge