# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. DEMARTHRA, Jr., | No. 2:16-cv-00790 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

On August 21, 2017, the court determined that respondent's lodged documents were deficient insofar as they contained only a copy of the California Supreme Court's docket sheet rather than the actual order which denied petitioner's February 11, 2015 petition for review. ECF No. 21. Respondent's counsel was directed to provide a copy of the actual order within fourteen days. Id. That deadline has now passed and respondent's counsel has not complied.

Accordingly, IT IS ORDERED that respondent shall show good cause in writing, within seven days after this order is filed, for the failure to comply with the court's August 21, 2017 order. Prompt lodging of the requested document – within seven days – will be deemed full compliance with this order and will discharge the requirement to show cause.

DATED: September 11, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE